**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 2, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00311-CV**

---

**IN RE TAYLOR C. MOSS, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 484,673**

---

## MEMORANDUM OPINION

On April 30, 2024, relator Taylor C. Moss filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jerry W. Simoneaux, presiding judge of the Probate Court No. 1 of Harris County, to

vacate the trial court's April 30, 2024 order granting plaintiffs' motion to compel oral and video deposition of relator in post judgment enforcement action.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Poissant.